FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 0 7 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Pro Se 14 (Rev 12/16 ) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT
For the
District of Arizona
Division

Case No.  **CV20-00043-PHX-DWL--JZB**

James McArthur Washington Jr )
Jastine Marie Caridad Washington, )
JTMW,JMW III,JMW )
Artistic J's Phoenix )
          **Plaintiff(s)/Petitioner** )
 )
-v- )
 )
City of Phoenix, Phoenix Police Department, )
Maricopa County Sheriff's Office, )
Federal Bureau of Investigation, Central )
Intelligence Agency, DEA, Valley Metro, )
Human Services Campus etc. Al, St. Vincent De Paul, )
Central Arizona Shelter Services etc. Al, )
All State and Federal Law Enforcement Agencies )
Century Link, AT&T, CBI Community Bridges )
And affiliates Intel, Goggle, Microsoft, Gmail, )
Yahoo, Verizon, Sprint, Assurance Wireless, )
S Department of Health and Human Service, )
United States Department of Justice. Joseph Baily, )
John Doe1, John Doe 2, Jane Doe1 )
          **Defendant(s)/Respondent**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

1. **The Parties to This Complaint**

   A. **The Plaintiff(s)**
   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | James McArthur Washington |
   | Address | 232 S. 12th Ave |
   | | Phoenix    AZ    85007 |
   | | *City        State   Zip Code* |
   | County | Maricopa County |
   | Telephone Number | (602) 672-1070 |
   | E-Mail Address | artisticjsphoenix@yahoo.com |

   B. **The Defendant(s)**
   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant,
   Include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Phoenix Police Department |
   | Job or Title (if known) | Chief Jeri Williams and Officers in their Official and Individual Capacity |
   | Address | 620 W. Washington |
   | | Phoenix    AZ    85003 |
   | | *City        State   Zip Code* |
   | County | Maricopa County |
   | Telephone Number | |
   | E-Mail Address (if known) | |
   | | Individual and Official capacity |

   Defendant No. 2

   | | |
   |---|---|
   | Name | Maricopa County Sheriffs office |
   | Job or Title (if known) | Paul Penzone (Officers in their official and Individual Capacity) |
   | Address | 550 W. Jackson St |
   | | Phoenix    AZ    85003 |

|  | City | State | Zip Code |

County            Maricopa County
Telephone Number  (602) 876-1000
E-Mail Address (if known)

Individual and Official capacity

Defendant No. 3

Name                     Mark Brnovich
Job or Title (if known)  Arizona Attorne General
Address                  2005 N. Central Ave
                         Phoenix     AZ     85003
                         *City        State  Zip Code*
County                   Maricopa County

Telephone Number
E-Mail Address (if known)

Individual and Official Capacity

Defendant No. 4

Name                     Central Arizona Shelter Services and
Job or Title (if known)  Officers and Staff in their Official and
                         Individual Capacity
Address                  232 S. 12th Ave
                         Phoenix     AZ     85007
                         *City        State  Zip Code*
County                   Maricopa County

Telephone Number
E-Mail Address (if known)

Individual and Official Capacity

Defendant No. 5
Name                     Federal Bureau of Investigation
Job or Title (if known)  Officers in their Official and
                         Individual capacities
Address                  21771 N. 7th Street
                         Phoenix, Arizona 85024
                         *City State Zip Code*
County                   Maricopa County
Telephone Number
E-Mail Address (if known)

Individual and  Official capacity

Defendant No. 6
Name                              AHCCS
Job or Title (if known)           Arizona Health Care Cost
                                  Containment System
Address                           801 E. Jefferson
                                  Phoenix        AZ      85034
                                  City          State   Zip Code
County                            Maricopa County
Telephone Number
E-Mail Address (if known)
                                  Individual and Official capacity


Defendant No. 7
Name                              Human Services Campus
Job or Title (if known)           Officers and Civilians in their Official
                                  and individual capacities
Address                           21771 N. 7th Street
                                  Phoenix, Arizona 85024
                                  *City State Zip Code*
County                            Maricopa County
Telephone Number
E-Mail Address (if known)
,
                                  Individual and Official capacity


## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

   A.   I am bringing suit against

        Federal officials (a Bivens claim)
        and
        State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

**I am being deprived of my rights to freedom of speech, freedom of religion, freedom of sexual preference, liberty, and justice, as well as my right to remain silent. I am requesting that the City of Phoenix. The State of Arizona, County of Maricopa and all associated entities both State and Federal, Private and public officials cease from all violations of my Civil, Legal, and Human rights. I demand in the interests of justice that all parties cease from all servalence public, personal, official, private, wiretapping, pod casting, internet sharing, internet streaming, harassment, defilement, public scrutiny, public and private internet discrimination and request that all my civil rights be restored, my name, my identity, my social security number, my medical history, and all my constitutional rights associated with my name and my children's names.**

C.     Plaintiffs suing under Bivens may only recover for the violation of certain constitutional rights. If you are suing under Bivens, what constitutional right(s) do you claim is/are being violated by federal officials?

**The Fourth Amendment to the U.S. Constitution provides that " the rights of the people to be secure in their person, house, papers, and effects, against unreasonable searches and seizures shall not be violated, and no warrant shall be issued, but upon probable cause, supported by oath or Affirmation and particularly, describing the place to be searched, and the person or things to be seized. The ultimate goal of this provision is to protect people's rights to privacy and freedom from unreasonable intrusions by government**

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed.

**Defendants have abused their authority under the color of law, their oath to the United States and Arizona constitutions, Arizona Revised Statutes, regulation of the State of Arizona and United Sates Constitution. To protect and serve, against Illegal search and seizure, liberty for all, compromising of personal information, violating mental and physical medical privacy . Illegal and unauthorized searches and the destruction of property, compromising of personal information, and dispersing that information in violation of the**

**HIPAA privacy act, endangering of my minor children and people who suffer from disability's, and mental illness.**

### III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
(If the events giving rise to your claim arose outside an institution describe where and when the arose)

**Since 2016 and 2017 I was under surveillance, in 2017 I was placed in confinement then released with a ankle monitor. I was personally called in relation to my location, followed, been visited at my house of residence, parks, recreation centers, public transportation, places I have visited, as well as other locations. My monitor has relayed certain signals and certain messages. I have been assaulted, coerced, threatened, had feces thrown on my belongings, manipulated, restrained, provoked, denied mental and physical privacy.**

B.  What date and approximate time did the events giving rise to your claim(s) occur?
(If the events giving rise to your claim arose in an institution, describe where and when the arose)

**Due to surveillance, virtual surveillance, and officers attempts not to compromise their identities the situation has become dire were as my private information and protections of the Petitioners and his family safety, is at stake. Due to the reckless actions of officers, agents, private citizens, companies and corporations. This consists of public transportation, surveillance in parks, stores. Both public and private domains, business entities, corporations, and nonprofit organizations and churches.**

C.  What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?
(What date and approximate time did the events giving rise to your claim(s) occur?)

**The Events have occurred specifically from 2017 and have according to different sources been documented specifically transportation through AHCCCS who documents all trips as well as veyo and other mental health and medical entities - CASS has documents of those entering leaving and returning to the facility. My medical records are proof and verification of all times dates injuries. My different addresses is proof of the times and dates of the loss of housing, and homelessness.**

Was anyone else involved? Who else saw what happened?)
(What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.     Injuries**
If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

Mental health Diagnosis
Loss of Income
Theft of Property
Loss of 3 Phones (2Verizon 916-500-1375)          1 Sprint Phone
Loss of Automobile
Denied Visitation Rights

**V.      Relief**
State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
**Due to the urgency and severity of the consequences of continued delay in receiving relief the Petitioner has been advise by the CASS case worker that he  must exit the shelter by January 13, 2020 whereas the petitioner will be denied the basic standards for living life which are food, clothing, and shelter. Unless there is immediate intervention**

**Petition requests that the court order each entity to ceases and desist from allfurther unconstitutional and illegal activities against him, his family, his        children, friends, and associates. He also requests that his civil rights be  restored, his credit history be restored, all debts and fines be expunged. Also        that all of his internet accounts be restored to include phone numbers and his children.**

(i would like the court to order each entiy to cease and desist from all further illegal activity against me, my family, my children, my friends and associates. i       request that all my civil rights be restored and hat my name the name of my       childre nad all other rights be resored. i request that all of my internet accounts       be restored my phone numbers be estored , my automobil and housing be to. i request financial compensatioon for both physical items that have been seized,    loss wages,) full copy right ownership of any/and all audio and/or video -As well As Access to any and all virtual surveillence, vidio audio as well as full compensation

If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged. Explain the basis for these claims.

Page 5 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a no frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have Evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:
Signature of Plaintiff
Printed Name of Plaintiff

### B. For Attorneys

*Signed this Date January 7, 2020*
*Petitioner James Mc Arthur Washington Jr*

Date of signing:
Signature of Attorney *In Propria Persona*
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
City State Zip Code

Telephone Number
E-mail Address